UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00065(13)-ADA |
| | § | |
| (13) RICHARD MICHAEL YORK | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 22, 2025, wherein the defendant (13) RICHARD MICHAEL YORK waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (13) RICHARD MICHAEL YORK to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (13) RICHARD MICHAEL YORK's plea of guilty to Count One (1) is accepted.

Signed this 5th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE